# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

ERCIL K. GATES  
ADC #143759                                                                                              PLAINTIFF

V.                                            4:09CV00267 JTR

DOC HOLLADAY, Pulaski County Sheriff; and  
NANCY BRAWLEY, Mailroom Supervisor,  
Pulaski County Detention Facility                                                              DEFENDANTS

## **JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED, WITH PREJUDICE, and Judgment is entered in favor of Defendants on all claims set forth herein. Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the accompanying Order would not be taken in good faith.

Dated this 9th day of July, 2010.

_____  
UNITED STATES MAGISTRATE JUDGE